**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6661**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TYRONE THOMAS WOODS,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:19-cr-00416-TDS-1)

Submitted:  December 18, 2025                           Decided:  December 23, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tyrone Thomas Woods, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Thomas Woods appeals the district court's order denying his motion to set aside his amended criminal judgment and for resentencing. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Woods*, No. 1:19-cr-00416-TDS-1 (M.D.N.C. July 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
